MARTIN BOYSE, Appellant, v. BERNARD CRICKARD, Respondent.

1. If the giving of instructions be not excepted to at the time, the action of the lower court will not be reviewed by the supreme court.

*Appeal from St. Louis Land Court.*

*Hill* and *Miner*, for appellants.

*J. Y. Page*, for respondent.

I. As the action of the land court was not reviewed, it is not necessary to give any statement of the facts beyond that contained in the opinion.

BATES, Judge, delivered the opinion of the court.

The only error complained of in this case is in the giving an instruction prayed by the defendant. No exception appears to have been taken at the time to the giving of that instruction, and it will not, therefore, be reviewed by the court. (Thompson v. Russell, 30 Mo. 498.)

Judgment affirmed. Judges Bay and Dryden concur.